JAMES MALLOY et al., Respondents, *v.* JOHN O'BRIEN et al., Appellants.

*Malloy* v. *O'Brien,* 129 App. Div. 906, affirmed.
(Argued November 22, 1910; decided December 6, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1908, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for a partnership accounting.

*William Hepburn Russell* and *William Beverly Winslow* for appellants.

*Claude V. Pallister* and *Francis C. Reed* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

THE LANCASTER TRUST COMPANY, Appellant, *v.* ALBERT H. FLINT, Respondent, Impleaded with Another.

*Lancaster Trust Co.* v. *Flint,* 131 App. Div. 901, affirmed.
(Argued November 22, 1910; decided December 6, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover on a contract of underwriting.

*Romeyn Berry* and *Frank L. Crocker* for appellant.

*Myron N. Tompkins* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.